# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONY C. HEWITT, | ) |
| Plaintiff, | ) 3:11-cv-00301-LRH-RAM |
| vs. | ) |
| | ) **ORDER** |
| JOHN PEERY, *et al.*, | ) |
| Defendants. | ) |

Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*.

On May 3, 2011, plaintiff filed a notice informing the Court that he does not wish to pursue this case. (ECF No. 3). The notice reads: "I will not be pursuing case 3:11-cv-00301-LRH-RAM any further at this time. Please be advised that I do not want this case reviewed any further by your judicial officer." (ECF No. 3). The Court construes this as a notice of voluntarily dismissal. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, an action may be dismissed by plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a motion for summary judgment. None of the defendants named in this action have been served with the complaint, thus they have not filed an answer or other responsive pleading.

**IT IS THEREFORE ORDERED** that, pursuant to plaintiff's notice of voluntary dismissal, this action is **DISMISSED WITHOUT PREJUDICE**.

///

///

1   **IT IS FURTHER ORDERED** that all pending motions are **DENIED**.

2   **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly.

4   Dated this 16th day of May, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE