AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

TONY C. HEWITT,

    Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:11-CV-00301-LRH-RAM**

JOHN PEERY, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that, pursuant to plaintiff's notice of voluntary dismissal (#3), this action is **DISMISSED WITHOUT PREJUDICE**.

  May 17, 2011                             **LANCE S. WILSON**
                                                Clerk

                                             /s/ D. R. Morgan
                                              Deputy Clerk